UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TANNER TROSPER, on behalf of himself, individually, and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>STRYKER CORPORATION, HOWMEDICA OSTEONICS CORPORATION, and DOES 1 to 100 inclusive,<br><br>Defendants. | Civil Case No.: 13-CV-00607-LHK<br><br>ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |

On July 7, 2013, the parties filed a stipulation requesting that the September 4, 2013 Case Management Conference be advanced to August 14, 2013 due to defense counsel's unavailability. ECF No. 25. The parties subsequently informed the Court that the parties have agreed that the Case Management Conference should be moved to September 18, 2013. The Court hereby CONTINUES the Case Management Conference to September 18, 2013, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: August 9, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-00607-LHK
ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE