1
2
3
4
5
6
7

8  # UNITED STATES DISTRICT COURT

9  ## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11  TANNER TROSPER, on behalf of himself,
individually, and all others similarly situated,

12                                              Case No. CV 13-0607-LHK (HLx)

13                  Plaintiff,                  (Assigned to Hon. Lucy H. Koh
                                                Courtroom 8)
14  v.                                          **CLASS ACTION**

15  STRYKER CORPORATION, HOWMEDICA
16  OSTEONICS CORPORATION, and DOES 1           **[PROPOSED] ORDER TO CONTINUE
    to 100, inclusive,                          CURRENT DEADLINE TO FILE
17                                              MOTION FOR CLASS CERTIFICATION
                                                AND RELATED DATES**
18                  Defendants.

19                                              Trial Date:        Not Set

20
21
22
23
24
25
26
27
28

## ORDER

Upon Stipulation of the Parties and upon good cause shown, IT IS HEREBY ORDERED that:

1.     The deadline for filing Plaintiff's Motion for Class Certification is continued from March 14, 2014 to May _ 14, 2014

2.     The deadline for filing of Defendants' Opposition to Motion for Class Certification is continued from April 11, 2014 to . June 11, 2014

3.     The deadline for filing of Plaintiff's Reply is continued from May 9, 2014 to July __, 9, 2014

4.     The hearing on Plaintiff's Motion for Class Certification is continued from May 29, 2014 to . 8/14/2014 at 1:30pm.

IT IS SO ORDERED.

DATED:   3/5/2014

                        _____
                        THE HONORABLE LUCY H. KOH
                        UNITED STATES DISTRICT JUDGE