MARLIN & SALTZMAN, LLP
Louis M. Marlin, Esq. (SBN: 54053)
louis.marlin@marlinsaltzman.com
Hanna B. Raanan, Esq. (SBN 261014)
hraanan@marlinsaltzman.com
3200 El Camino Real, Ste. 100
Irvine, California   92602
(714) 669-4900   Fax: (714) 669-4750

UNITED EMPLOYEES LAW GROUP, PC
Walter Haines, Esq. (SBN 71075)
whaines@uelglaw.com
5500 Bolsa Ave., Suite 201
Huntington Beach, CA 92649
(888) 474-7242   Fax:  (562) 256-1006
      Attorneys for Plaintiff and Certified Class

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| TANNER TROSPER, on behalf of himself, individually, and all others similarly situated,<br>    Plaintiff,<br>v.<br><br>STRYKER CORPORATION, HOWMEDICA OSTEONICS CORPORATION, and DOES 1 to 100, inclusive,<br>    Defendants. | Case No. CV 13-0607-LHK HRL<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT FEBRUARY 11, 2015 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>**Case Management Conference:**<br>Date:         February 11, 2015<br>Time:         2:00 P.M.<br>Courtroom:  8 |

   Louis M. Marlin, lead trial counsel for Plaintiff Tanner Trosper and the Certified Class, respectfully requests to appear via telephone for the case management conference scheduled on February 11, 2015 at 2:00 p.m. in Courtroom 8 of this Court, the Honorable Lucy Koh presiding. Mr. Marlin is the lead trial attorney for this case and resides in Orange County, California.  Mr. Marlin fell ill on Wednesday, February 4, 2015 with bronchitis and has been ill since that time. While he is doing better this week, he has been instructed by his physician, Janja Viltuznik, M.D. not to travel for the next week pending his recovery from the illness.  Attached hereto as Exhibit1 is a copy of a letter from Dr. Viltuznik.  Since he has been instructed not to travel by his physician, Mr.

Marlin is unable to appear in person at the Case Management Conference. Therefore a telephonic appearance is requested and would be deeply appreciated.

In addition to Mr. Marlin appearing by phone, attorney Hanna Raanan will appear in person on behalf of plaintiffs. Ms. Raanan is actively working on this file with Mr. Marlin and is familiar with all aspects of the case.

Dated: February 9, 2015

MARLIN & SALTZMAN, LLP
UNITED EMPLOYEES LAW GROUP PC

By: /s/ Louis M. Marlin
Louis M. Marlin
Hanna B. Ranaan
Attorneys for Plaintiff and the Certified Class

[PROPOSED] ORDER

The request of Louis M. Marlin to make a telephonic appearance at the case management conference on February 11, 2015 at 2:00 p.m. is GRANTED.

Date: February 9, 2015

Honorable Lucy Koh
United States District Judge