UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TANNER TROSPER, <br><br> Plaintiff, <br><br> v. <br><br> STRYKER CORPORATION, et al., <br><br> Defendants. | Case No.: 13-CV-00607-LHK <br><br> **CASE MANAGEMENT ORDER** |

Plaintiff's Attorneys: Louis Marlin; Hanna Raanan
Defendants' Attorneys: Andrew Paley; Andrew McNaught

A case management conference was held on February 11, 2015. A further case management conference is set for June 3, 2015, at 2:00 p.m. The parties shall file their joint case management statement by May 27, 2015.

The parties shall file a joint settlement status report by March 6, 2015.

The Court will allow the two class members whose opt-out notices were received on December 12, 2014 to opt out of the class. Opt-out notices received after December 12, 2014 will not be valid.

The Court amended the case schedule as follows:

EXPERT DISCOVERY:
    Plaintiff's Amended Opening Report: April 10, 2015
    Rebuttal Report: May 1, 2015
    Close of Expert Discovery: May 15, 2015

1

Case No.: 13-cv-00607-LHK
CASE MANAGEMENT ORDER

PLAINTIFF'S DISPOSITIVE MOTION and any *DAUBERT* MOTIONS shall be filed by May 29, 2015, and set for hearing no later than July 30, 2015 at 1:30 p.m.

FINAL PRETRIAL CONFERENCE: November 5, 2015, at 1:30 p.m.

JURY TRIAL: November 30, 2015, at 9:00 a.m. Trial is expected to last 10 days, and will occur on the following days: November 30, 2015; December 1, 2015; December 4, 2015; December 7, 2015; December 8, 2015; December 11, 2015; December 14, 2015; December 15, 2015; December 18, 2015; and December 21, 2015.

The fact discovery cut-off remains as set on March 31, 2015.

**IT IS SO ORDERED.**

Dated: February 11, 2015

_____
LUCY H. KOH
United States District Judge

Case No.: 13-cv-00607-LHK
CASE MANAGEMENT ORDER